# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH PERUGGIA,

    Plaintiff,

    v.

AMERICAN HOME ASSURANCE COMPANY,

    Defendant.

2:13-cv-6256-WY

# ORDER

YOHN, J.                                                                                                                                              March 11, 2014

      **AND NOW**, this 11th day of March, 2014, it is **HEREBY ORDERED** that, upon consideration of the defendant's motion to dismiss the plaintiff's amended complaint for failure to state a claim (Doc. 8), the plaintiff's response, and the defendant's reply, the defendant's motion is **DENIED**.

                                                                             s/William H. Yohn Jr.
                                                                        William H. Yohn Jr., Judge.